[No. 27312-8-II.  Division Two.  March 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. MCNEIL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00472-9, James B. Sawyer II, J., entered May 3, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 27621-6-II.  Division Two.  March 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY LEROY RAMSEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00166-8, Roger A. Bennett, J., entered July 17, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 28341-7-II.  Division Two.  March 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLTON R. RUDOLPH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-01585-4, Gary Tabor, J., entered January 25, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 29395-1-II.  Division Two.  March 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE L. DAUGHERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-8-00494-9, John P. Wulle, J., entered October 1, 2002. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Armstrong, JJ.